UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 253 F. 3d 705.

No. 01–5286. MONDAY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–5287. JOHNSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–5288. LOVETT v. HALL, WARDEN. Super. Ct. Tattnall County, Ga. Certiorari denied.

No. 01–5289. KIZZEE v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–5290. PEREIRA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–5291. MILLS v. ELO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–5292. PEALOCK v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–5293. CASADO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–5294. CARLOS-COLMENARES v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–5295. CONTRERAS-ALVARADO v. UNITED STATES; ALVAREZ-HERNANDEZ v. UNITED STATES; ESTRADA-DIAZ v. UNITED STATES; NAVARRO-ZUNIGA v. UNITED STATES; HERNANDEZ-SANCHEZ v. UNITED STATES; HERNANDEZ-SANCHEZ v. UNITED STATES; RIOS-RIOS v. UNITED STATES; and TEJADA-GONZALEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 253 F. 3d 704 (third, fifth, and sixth judgments) and 705 (first, second, fourth, seventh, and eighth judgments).

No. 01–5296. CONTRERAS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–5297. RODRIGUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.